FILING OF COMPLAINT
AND DISABILITY;

PROCEEDING IN FORMA PAUPERIS

SECTIONS 11-53-17 and 11-53-19

MISS. CODE ANNOTATED

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUN 0 1 2026

ARTHUR JOHNSTON
BY                    DEPUTY

3:26-CV-387-HTW-LGI

CEDRIC BUTLER

VS

MADISON COUNTY JAIL
2935 U.S. 51 HWY
CANTON, MS 39046

ON. NOV 24 2025, AROUND

11:30 AM TIL 1:30 PM, I, CEDRIC

BUTLER WAS ASSAULTED, JERROD

② COWARDS, WHOM I FILED ASSAULT

CHARGES ON, WITH MADISON COUNTY

JUSTICE COURT; CASE # MM2026/
2961 SOUTH LIBERTY, CANTON, MS 000323
39046

CHARGE: 97-3-7 (1)(A)

   I WAS INSIDE MY CELL

WHEN COWARDS CAME INTO MY

CELL, PUNCHED ME SEVERAL

TIMES IN THE FACE, SLAMED

ME TO THE GROUND, PROCEEDED

(3) TO KICK ME. THEN SEVERAL INMATES CAME IN TO HELP HIM JUMP ME. ALL CAUGHT ON CAMERA. I WAS TAKEN TO MEDICAL. PICTURES WERE TAKEN. I WAS GIVEN PAIN PILLS AND SENT BACK TO THE ZONE. I COMPLAINED MUTI. TIMES THAT MY BACK AND

④

NECK WAS HURTING, BUT NOTHING WAS DONE. I ASKED TO FILE CHARGES THE SAME DAY, AND WAS TOLD TO WRITE A VOLENTARY REPORT. I DID. NOTHING WAS DONE.

I REQUESTED SEVERAL TIMES ON THE KIOSK TO FILE CHARGES, AND LT. OLSON

SAID SHE WOULD GET AROUND TO IT. FIVE MONTHS LATER, AFTER HAVING A PROFFER WITH MY LAWYER, AUSA STUART, AND DEA, I EXPLAINED THAT I WAS NOT ALLOWED TO PRESS CHARGES. THE NEXT DAY LT. OLSON TOOK ME TO THE COURT TO PRESS CHARGES. DURING

THIS TIME, I HAD BEEN REQUESTING FOR MEDICAL ATTENTION BUT RECEIVED NONE. ONLY AFTER THE PROFFER DID I GET X-RAY's AND A MRI. I WAS TOLD TWO BONES IN MY NECK HAVE FUSED TOGETHER. HAD MEDICAL ATTENTION BEEN GIVEN WHEN I ASKED I WOULD NOT HAVE SUFFERED

7 so much. I want to file a complaint; And a disability complaint. For denying me medical and my rights to press charges against my attackers

Respectfully Submitted,

Cedric Butler